Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARUSO MANAGEMENT COMPANY, LTD., A CALIFORNIA LIMITED PARTNERSHIP d/b/a THE GROVE; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-03559-DMG-PD<br><br>*Honorable Judge Dolly M. Gee*<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: April 26, 2021<br>Trial Date: October 18, 2022 |

Plaintiff, Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A Stipulation of Dismissal with prejudice of Plaintiff's individual claims and without prejudice of the claims of the putative class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

Dated: July 28, 2022          Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: July 28, 2022            */s/  Binyamin I. Manoucheri*
                                  Binyamin I. Manoucheri